UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. MICHAEL A. SHIPP, U.S.D.J. |
| Plaintiff, | : | |
| v. | : | Docket 17-32 MAS |
| CAPITOL WELLONS | : | AMENDED ORDER MODIFYING CONDITIONS |
| Defendant | : | OF PRETRIAL RELEASE TO ALLOW ATTENDANCE AT FUNERAL OF COUSIN AND ATTENDANCE AT FORTIS INSTITUTE GRADUATION |
| | : | |

This matter having come before the Court on the application of defendant Capitol Wellons, through his attorney Lawrence G. Welle, Esq., for an Order Modifying conditions of Pretrial Release to permit the defendant to attend funeral services of a cousin on May 9, 2017, and to attend his graduation ceremony from the Fortis Institute on May 13, 2017 and family dinner thereafter, and U.S. Attorneys Joseph Gribko and Molly Lorber, and P.T.S. Officer Daniel Milne having no objection to this application ,

Therefore, on this __10th__ day of __May__, 2017 it is

ORDERED that defendant's application to be permitted to attend his cousin's funeral in Willingboro, N.J. on May 9, 2017 between the hours of 9:00 a.m. and 12:30 p.m. is **GRANTED**/DENIED, and it is further

ORDERED that defendant's application to attend his Fortis Graduation on May 13, 2017 and family dinner thereafter between the hours of 12 noon and 8:00 p.m. is **GRANTED**/DENIED and it is further,

ORDERED, that Mr. Wellons' return home will be monitored by Pretrial Services on both occasions, all previous conditions of release are in force, and there is to be no contact between the defendant and any co-defendant in this matter.

*[signature]*
HON. MICHAEL A. SHIPP U.S.D.J.